UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSEPH S. NEW,<br><br>        Defendant. | Case No. 13-cv-03418-JST<br><br>**ORDER STRIKING MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF WRONGFUL FORECLOSURE AND TEMPORARY INJUNCTION**<br><br>Re: ECF No. 25 |

The Court is in receipt of Plaintiff's "Memorandum of Points and Authorities in Support of Wrongful Foreclosure and Temporary Injunction," ECF No. 25, filed January 2, 2014. By order dated December 23, 2013, this action was remanded to state court for lack of subject matter jurisdiction. ECF No. 23. This Court lacks jurisdiction to entertain Plaintiff's most recent filing. Consequently, the Court hereby STRIKES ECF No. 25 from the docket.

**IT IS SO ORDERED.**

Dated: January 3, 2014


JON S. TIGAR
United States District Judge