IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH S. NEW,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, *et al.*

    Defendants.
_____/

No. C 14-00150 WHA

No. C 13-03418 JST

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

    At the case management conference, defendants identified *U.S. Bank National Association v. Joseph S. New*, 13-cv-3418, as a related foreclosure action. As both actions involve the same property (219 De Long Street), this action is hereby referred to Judge Jon Tigar to determine whether the actions are related. Civil L.R. 3–12.

    **IT IS SO ORDERED.**

Dated: April 10, 2014.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE